# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Canvasfish.com, LLC,
a Montana Limited Liability Company,

    Plaintiff,

        v.

JOHN DOES 1-10,

    Defendants.

Case No.: 1:21-cv-03676

Hon. Virginia M. Kendall

_____

## PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiff Canvasfish.com LLC ("Plaintiff") seeks this Court's authorization to effectuate service of process by email and/or electronic publication in an action arising out of the Lanham Act, 15 U.S.C. § 1051, *et seq.*, the Copyright Act 17 U.S.C. § 501, *et seq.*, 28 U.S.C. § 1338(a)-(b) and 28 U.S.C. § 1331. A Memorandum of Law in Support is filed concurrently with this Motion.

Date: August 3, 2021

Canvasfish.com, LLC

*/s/ Amanda Osorio*
Amanda Osorio
*Attorneys for Plaintiff*
Revision Legal, PLLC
444 Cass St., Suite D
Traverse City, MI 49684
Phone: (231) 714-0100
Fax: (231) 714-0200
john@revisionlegal.com
eric@revisionlegal.com
amanda@revisionlegal.com