# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kari Leigh Chappell*

Acting United States Register of Copyrights and Director

Registration Number

**VA 2-076-204**

**Effective Date of Registration:**
August 15, 2016

## Title _____

**Title of Work:** Permitopia

## Completion/Publication _____

**Year of Completion:** 2015
**Date of 1st Publication:** April 22, 2015
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Derek DeYoung
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Derek DeYoung
c/o Fox Rothschild LLP, 222 So. 9th St., Ste. 2000, Minneapolis, MN, 55402, United States

## Certification _____

**Name:** Timothy C. Matson
**Date:** April 03, 2017
**Applicant's Tracking Number:** 166783

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-076-246

**Effective Date of Registration:**
August 15, 2016

## Title

**Title of Work:** Grumpy Barracuda

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 29, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Derek DeYoung
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Derek DeYoung
c/o Fox Rothschild LLP, 222 So. 9th St., Ste. 2000, Minneapolis, MN, 55402, United States

## Certification

**Name:** Timothy C. Matson
**Date:** April 03, 2017
**Applicant's Tracking Number:** 166783

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Tayle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-076-270**

**Effective Date of Registration:**
August 15, 2016

---

## Title
 

Title of Work: 4 Panel – Brown October

## Completion/Publication
 

Year of Completion: 2015
Date of 1st Publication: November 11, 2015
Nation of 1st Publication: United States

## Author
 

- Author: Derek DeYoung
  Author Created: 2-D artwork
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant
 

Copyright Claimant: Derek DeYoung
c/o Fox Rothschild LLP, 222 So. 9th St., Ste. 2000, Minneapolis, MN, 55402, United States

## Certification
 

Name: Timothy C. Matson
Date: April 03, 2017
Applicant's Tracking Number: 166783

Correspondence: Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-934-647

**Effective date of registration:**

October 23, 2014

## Title
Title of Work: Trout Confetti 4

## Completion/Publication
Year of Completion: 2012
Date of 1st Publication: May 25, 2012    Nation of 1st Publication: United States

## Author
- Author: Derek DeYoung
Author Created: 2-D artwork

Citizen of: United States    Domiciled in: United States

## Copyright claimant
Copyright Claimant: Derek DeYoung

c/o Lommen Abdo, P.A., 80 So. 8th Street, Ste. 2000, Minneapolis, MN, 55402, United States

## Certification
Name: Timothy C. Matson
Date: October 23, 2014
Applicant's Tracking Number: 40215-01

Correspondence: Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-934-679

**Effective date of registration:**

October 23, 2014

---

### Title

**Title of Work:** Abstract Brookie Flank

### Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** November 27, 2012     **Nation of 1st Publication:** United States

### Author

- **Author:** Derek DeYoung
  **Author Created:** 2-D artwork

  **Citizen of:** United States     **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Derek DeYoung

c/o Lommen Abdo, P.A., 80 So. 8th Street, Ste. 2000, Minneapolis, MN, 55402, United States

### Certification

**Name:** Timothy C. Matson

**Date:** October 23, 2014

**Applicant's Tracking Number:** 40215-01

---

**Correspondence:** Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-934-681**

**Effective date of
registration:**

October 23, 2014

---

## Title

**Title of Work:** Fab Four - Trout

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** November 30, 2012   **Nation of 1st Publication:** United States

## Author

- **Author:** Derek DeYoung
  **Author Created:** 2-D artwork

  **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Derek DeYoung

c/o Lommen Abdo, P.A., 80 So. 8th Street, Ste. 2000, Minneapolis, MN, 55402, United States

## Certification

**Name:** Timothy C. Matson

**Date:** October 23, 2014

**Applicant's Tracking Number:** 40215-01

---

**Correspondence:** Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-934-684

**Effective date of registration:**
October 23, 2014

### Title
**Title of Work:** Fab Four - Alaska

### Completion/Publication
**Year of Completion:** 2012

**Date of 1st Publication:** December 20, 2012    **Nation of 1st Publication:** United States

### Author
■    **Author:** Derek DeYoung

**Author Created:** 2-D artwork

**Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Derek DeYoung

c/o Lommen Abdo, P.A., 80 So. 8th Street, Ste. 2000, Minneapolis, MN, 55402, United States

### Certification
**Name:** Timothy C. Matson

**Date:** October 23, 2014

**Applicant's Tracking Number:** 40215-01

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-934-603

**Effective date of registration:**

October 23, 2014

## Title ─────────────────────────────

Title of Work: 4 in 1 Full - Brown

## Completion/Publication ─────────────

Year of Completion: 2009

Date of 1st Publication: July 16, 2009     Nation of 1st Publication: United States

## Author ────────────────────────────

■     Author: Derek DeYoung

Author Created: 2-D artwork

Citizen of: United States     Domiciled in: United States

## Copyright claimant ─────────────────

Copyright Claimant: Derek DeYoung

c/o Lommen Abdo, P.A., 80 So. 8th Street, Ste. 2000, Minneapolis, MN, 55402, United States

## Certification ──────────────────────

Name: Timothy C. Matson

Date: October 23, 2014

Applicant's Tracking Number: 40215-01

─────────────────────────────────────

Correspondence: Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-970-693

**Effective Date of Registration:**
October 09, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Abstract Tarpon Flank – Keys (Sunlight) |
| | Tiger Musky Flank |
| | Abstract Tarpon Flank – Blue |
| | Abstract Tarpon Face |
| | Abstract Tarpon Face – Blue |
| | Eagle With Trout |
| | Wahoo Flank |
| | 4 in 1 Full – Mother's Day Hatch |
| | Abstract Cutthroat – Slough Creek |
| | Abstract Brown – Red Spots |
| | Abstract Sea Trout |
| | Abstract Brown – Viking |
| | Atlantic Salmon – 1 |
| | Atlantic Salmon – 2 |
| | Salt Confetti |
| | 4 in 1 Full - Shades of Brown |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | June 11, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Derek DeYoung |

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-992-855

**Effective Date of Registration:**
June 16, 2014

### Title

| | |
|---|---|
| **Title of Work:** | 4 in 1 - Northern Rockies, et al. |
| **Content Title:** | 4 in 1 - Northern Rockies |
| | Abstract Rainbow Flank - Purple (Updated) |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | May 06, 2014 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Derek DeYoung |
| **Author Created:** | 2-D artwork |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Derek DeYoung |
| | c/o Lommen Abdo, P.A., 80 So. 8th Street, Ste. 2000, Minneapolis, MN, 55402, United States |

### Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | some artwork of Abstract Rainbow flank Purple previously registered |
| **Previously registered:** | Yes |
| **Previous registration and year:** | VA0001934640 |
| **New material included in claim:** | 4 in 1 Northern Rockies is all new artwork; revised 2-D artwork for Abstract Rainbow flank Purple - Updated |

### Certification

| | |
|---|---|
| **Name:** | Timothy C. Matson |
| **Date:** | June 11, 2014 |
| **Applicant's Tracking Number:** | 40215-01 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-934-685

**Effective date of registration:**

October 9, 2013

---

## Title

**Title of Work:** Henry's Fork Riser

**Contents Titles:** Henry's Fork Riser

Abstract Steelhead Flank

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** December 27, 2012      **Nation of 1st Publication:** United States

## Author

- **Author:** Derek DeYoung

**Author Created:** 2-D artwork

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Derek DeYoung

c/o Lommen, Abdo, Cole, King & Stageberg, P.A., 80 So. 8th Street, Suite 2000, Minneapolis, MN, 55402, United States

## Certification

**Name:** Timothy C. Matson

**Date:** October 4, 2013

**Applicant's Tracking Number:** 40215-01

---

**Correspondence:** Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-917-463**

**Effective date of
registration:**

October 9, 2013

---

## Title

**Title of Work:** Abstract Brown - Chubby, et al.

**Contents Titles:** Abstract Brown - Chubby

Three Chubbies

Montana Fly Patch

Abstract Brown - Pere Marquette

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** August 10, 2013     **Nation of 1st Publication:** United States

## Author

- **Author:** Derek DeYoung

**Author Created:** 2-D artwork

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Derek DeYoung

c/o Lommen, Abdo, Cole, King & Stageberg, P.A., 80 So. 8th Street, Suite
2000, Minneapolis, MN, 55402, United States

## Certification

**Name:** Timothy C. Matson

**Date:** October 4, 2013

**Applicant's Tracking Number:** 40215-01

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-934-627

**Effective date of registration:**

October 23, 2014

## Title ────────────────────────────────

**Title of Work:** Pumpkinseed on Blue

**Contents Titles:** Pumpkinseed on Blue

Teton Risers - Night

## Completion/Publication ──────────────

**Year of Completion:** 2012

**Date of 1st Publication:** August 24, 2012    **Nation of 1st Publication:** United States

## Author ───────────────────────────────

**Author:** Derek DeYoung

**Author Created:** 2-D artwork

**Domiciled in:** United States

## Copyright claimant ────────────────────

**Copyright Claimant:** Derek DeYoung

c/o Lommen Abdo, P.A., 80 So. 8th St., Ste. 2000, Minneapolis, MN, 55402, United States

## Certification ─────────────────────────

**Name:** Timothy C. Matson

**Date:** October 23, 2014

**Applicant's Tracking Number:** 40215-01

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-970-688**

**Effective Date of Registration:**
October 09, 2013

## Title _____

**Title of Work:**   Harvest Moon Riser

Trout Confetti 1

4 in 1 Full – Lilypads

Abstract Brown - Mosquito

Abstract Walleye Face

Abstract Bass Flank

Bass Popper

Abstract Brown Flank – Blue

4 in 1 – on the Rocks

Snook Face

Brown October

Abstract Rainbow Royal Wulff

Before the Storm

Brown Flank – Boat

Abstract Brook Trout – Flank

## Completion/Publication _____

**Year of Completion:**   2011
**Date of 1st Publication:**   December 29, 2011
**Nation of 1st Publication:**   United States

## Author _____

- **Author:**   Derek DeYoung
  **Author Created:**   2-D artwork
  **Domiciled in:**   United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-910-379**

**Effective date of registration:**

October 9, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Abstract Rainbow - Serendipity |
| | 4 in 1 #4 |
| | Abstract Rainbow - Stimulator |
| | 4 in 1 â€" Face |
| | 4 in 1 Face â€" Bright |
| | Abstract Brown Flank |
| | Abstract Cutthroat â€" White Jaw |
| | Abstract Steelie - Chromer |
| | Dripping Steelie |
| | Dripping Pearl |
| | Dream Double 2 |
| | Abstract Brown â€" Flashback Pheasant |
| | 4 in 1 Full #3 |
| | Abstract Brookie â€" Grey Wolf |
| | Abstract Tarpon Face â€" Red Streamer |
| | Abstract Tarpon Flank |
| | Abstract Crazy Rainbow |
| | 4 in 1 #5 |

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** December 22, 2008     **Nation of 1st Publication:** United States

## Author

■ **Author:** Derek DeYoung

**Author Created:** 2-D artwork

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Derek DeYoung

c/o Lommen, Abdo, Cole, King & Stageberg, P.A., 80 So. 8th Street, Suite 2000, Minneapolis, MN, 55402, United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-934-591

**Effective date of registration:**

October 23, 2014

## Title

**Title of Work:** Abstract Cutthroat - Yellowstone

**Contents Titles:** Abstract Cutthroat - Yellowstone

Sailfish - Deep Blue

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 23, 2009  **Nation of 1st Publication:** United States

## Author

**Author:** Derek DeYoung

**Author Created:** 2-D artwork

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Derek DeYoung

c/o Lommen Abdo, P.A., 80 So. 8th St., Ste. 2000, Minneapolis, MN, 55402, United States

## Certification

**Name:** Timothy C. Matson

**Date:** October 23, 2014

**Applicant's Tracking Number:** 40215-01

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-101-364

**Effective Date of Registration:**
September 15, 2017

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

| | |
|---|---|
| Title of Work: | Cubist Brown |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | July 26, 2017 |
| Nation of 1st Publication: | United States |

## Author

- **Author:** Derek DeYoung
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Derek DeYoung |
| | c/o Fox Rothschild LLP, 222 So. 9th St., Ste. 2000, Minneapolis, MN, 55402, United States |

## Certification

| | |
|---|---|
| Name: | Timothy C. Matson |
| Date: | September 13, 2017 |
| Applicant's Tracking Number: | 166783.00002 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-970-693**

**Effective Date of Registration:**
October 09, 2013

## Title
_____

**Title of Work:** Abstract Tarpon Flank – Keys (Sunlight)

Tiger Musky Flank

Abstract Tarpon Flank – Blue

Abstract Tarpon Face

Abstract Tarpon Face – Blue

Eagle With Trout

Wahoo Flank

4 in 1 Full – Mother's Day Hatch

Abstract Cutthroat – Slough Creek

Abstract Brown – Red Spots

Abstract Sea Trout

Abstract Brown – Viking

Atlantic Salmon – 1

Atlantic Salmon – 2

Salt Confetti

4 in 1 Full - Shades of Brown

## Completion/Publication
_____

**Year of Completion:** 2013
**Date of 1st Publication:** June 11, 2013
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Derek DeYoung

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-934-744

**Effective date of
registration:**

October 23, 2014

## Title

**Title of Work:** Contemporary Brook Trout Illustration

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** March 3, 2010    **Nation of 1st Publication:** United States

## Author

- **Author:** Derek DeYoung
  **Author Created:** 2-D artwork

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Derek DeYoung
c/o Lommen Abdo, P.A., 80 So. 8th Street, Ste. 2000, Minneapolis, MN,
55402, United States

## Certification

**Name:** Timothy C. Matson

**Date:** October 23, 2014

**Applicant's Tracking Number:** 40215-01

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-934-674

**Effective date of
registration:**

October 23, 2014

---

## Title

**Title of Work:** Abstract Brookie Flank 2

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 17, 2012    **Nation of 1st Publication:** United States

## Author

- **Author:** Derek DeYoung

   **Author Created:** 2-D artwork

   **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Derek DeYoung

c/o Lommen Abdo, P.A., 80 So. 8th Street, Ste. 2000, Minneapolis, MN,
55402, United States

## Certification

**Name:** Timothy C. Matson

**Date:** October 23, 2014

**Applicant's Tracking Number:** 40215-01

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-900-160**

**Effective date of
registration:**

September 26, 2013

## Title ──────────────────────────────

**Title of Work:** 4 in 1 Full - Big Hole

**Previous or Alternative Title:** 4 in 1 Series

## Completion/Publication ──────────────

**Year of Completion:** 2013

**Date of 1st Publication:** June 26, 2013     **Nation of 1st Publication:** United States

## Author ─────────────────────────────

**Author:** Derek DeYoung

**Author Created:** 2-D artwork

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant ─────────────────

**Copyright Claimant:** Derek DeYoung

c/o Lommen, Abdo, Cole, King & Stageberg, P.A., 80 So. 8th Street, Suite
2000, Minneapolis, MN, 55402, United States

## Certification ──────────────────────

**Name:** Timothy C. Matson

**Date:** September 24, 2013

**Applicant's Tracking Number:** 40215-01

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-218-646

**Effective Date of Registration:**
January 21, 2020
**Registration Decision Date:**
October 09, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

|  |  |
|---|---|
| Title of Work: | Emigrant Risers |

## Completion/Publication
_____

|  |  |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | April 14, 2019 |
| Nation of 1st Publication: | United States |

## Author
_____

|  |  |
|---|---|
| • Author: | Derek DeYoung |
| Author Created: | Painting |
| Citizen of: | United States |

## Copyright Claimant
_____

|  |  |
|---|---|
| Copyright Claimant: | Derek DeYoung<br>c/o Fox Rothschild LLP, 222 So. 9th Street, Ste. 2000, Minneapolis, MN, 55402, United States |

## Certification
_____

|  |  |
|---|---|
| Name: | Timothy C. Matson, Authorized agent of Author/Owner |
| Date: | January 17, 2020 |
| Applicant's Tracking Number: | 166783.00002 |

---

|  |  |
|---|---|
| Copyright Office notes: | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The |