**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

CANVASFISH.COM, LLC,
a Montana Limited Liability Company,

      Plaintiff,                                        Case No.: 1:21-cv-03676
                                                                 Hon. Virginia M. Kendall

      v.

JOHN DOES 1-XX,

      Defendants.

_____

**PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION**

Plaintiff Canvasfish, LLC ("Plaintiff" or "Canvasfish") hereby moves this Honorable Court for entry of a Preliminary Injunction as to the Defendant Aliases identified on the Schedule A attached hereto. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered August 10, 2021. [20]. In support of its Motion, Plaintiff files herewith a Memorandum in Support and a further Declaration of Amanda Osorio.

Respectfully submitted,

Date: September 3, 2021                     Canvasfish.com, LLC

                                                      /s/Amanda Osorio
                                                      Amanda Osorio
                                                      *Attorneys for Plaintiff*
                                                      Revision Legal, PLLC
                                                      444 Cass St., Suite D
                                                      Traverse City, MI 49684
                                                      Phone: (231) 714-0100
                                                      Fax: (231) 714-0200
                                                      john@revisionlegal.com
                                                      eric@revisionlegal.com
                                                      amanda@revisionlegal.com

CERTIFICATE OF SERVICE

I hereby certify that on September 03, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, and on September 03, 2021, I will publish a copy of the foregoing to a website to which the domains now resolve and to which the Defendants have been directed via email.

Date: September 3, 2021

/s/Amanda Osorio
Amanda Osorio
*Attorneys for Plaintiff*
Revision Legal, PLLC
444 Cass St., Suite D
Traverse City, MI 49684
Phone: (231) 714-0100
Fax: (231) 714-0200
john@revisionlegal.com
eric@revisionlegal.com
amanda@revisionlegal.com