AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Canvasfish.com LLC,

CASE NUMBER: 1:21-cv-03676

V.

ASSIGNED JUDGE: Hon. Virginia M. Kendall

John Does 1-10

DESIGNATED MAGISTRATE JUDGE: Hon. Jeffrey Cummings

TO: (Name and address of Defendant)

madeforfans.com and all other Defendants identified in Schedule A

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amanda Osorio
Revision Legal, PLLC
amanda@revisionlegal.com
8051 Moorsbridge Rd,
Portage, MI 49024

an answer to the complaint which is herewith served upon you, ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Tina Lam*

(By) DEPUTY CLERK

August 30, 2021

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: See Attachment |
| NAME OF SERVER *(PRINT)*: Amanda Osorio | TITLE: Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served the defendants via email as authorized by the Court's Order ECF 20 on the dates identified in the attached Exhibit.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 03, 2021
Date

*Signature of Server*: Amanda M A Osorio

*Address of Server*: amanda@revisionlegal.com; 1514 Wealthy St. Suite 258 Grand Rapids, Mi 49506

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.