Canvasfish.com LLC
Schedule A - Service

**Domain Names**
**Defendants served via email on August 30, 2021**

1. DeepCruan.com
2. Gopostore.com
3. FamilyLoves.com
4. Soobek.com
5. Wanbina.com
6. trendingtshirt.us
7. Kitaram.com
8. shirt3d.us
9. xpanshop.com
10. clotheschat.com
11. allprintaz.com
12. chipteeamz.com
13. heroidesign.com
14. gearupngetout.com
15. hemotee.com
16. teeshirt21.com
17. palochi.com
18. meckily.com
19. gooheart.com
20. usbeach.co
21. teesalley.com
22. austincust.com
23. summetee.com
24. styletshirts.store
25. beetickee.com
26. beautifulday.store
27. tshirtcheapest.store
28. babomanstore.com
29. kevinisami.com
30. woonishop.com
31. rageontee.com
32. customfamilytee.com
33. merchcustom.com
34. beantee.com
35. fionacuz.com
36. magunusi.com
37. coletas.shop
38. bazote.com
39. caneticstore.com
40. tcraftshop.com
41. neswstore.com
42. foxsstar.com
43. sosoulburn.com
44. ekoptestore.com
45. onesoulburn.com
46. vensestore.com
47. vislistore.com
48. koreasshop.com
49. hadkstore.com
50. kemtshirt.com
51. buludeep.com
52. madeforfans.com

**Wish.Com Sellers**

1. qinjiangping6890
2. chenmengna71505
3. Inge V. Kendall
4. shiyani0016
5. wangjianjun0801
6. wangshuang794684
7. wangzhonghui5795
8. mike hrestak45
9. phubinhto97350
10. tianhan 258
11. RICHIE HAUGHT34
12. Ernest Hicks

13. zhangna06
14. Jessica Rolfe
15. eric richards34
16. Brett Waterbeck
17. zhanghongtao6039
18. vylandinh17519
19. Town Vape34
20. WAYNE778
21. chenling100463
22. James Miller123
23. ductrungvuong62177
24. rtonolive
25. xiamingzhu1042
26. daiyingxi514958
27. GARY KAISINGER
28. JOEL145
29. JOHN332
30. Anna Ferguson
31. MICHAEL665
32. Emily B Ellis
33. hushuqiang Store
34. ehui00586
35. quochuymai76718
36. Dianahsdbc166
37. Yimeiguan258
38. FADO SAM CARGO
39. Floyd Morales
40. huyongkang50372
41. Rubasses
42. Jerry M Simmons
43. KEITH002
44. ANDREW333
45. DANIEL123
46. alleycassidy42839440
47. godtnr00
48. wujunzhe15815824
49. Lujingt
50. wyz0625
51. Dongd_01
52. wuxiaofei2517
53. Cheers1
54. shatuqing423
55. Dominick Peterson
56. lina2201
57. chenping Store me
58. SunStyle Shop
59. Melinda Kelsay
60. Linglini
61. kongjun Store
62. guoxiaoao8515
63. dengqingjun9856
64. wangjun Store me
65. Rank Electronics
66. Lanika Vann
67. ommaking
68. Matthew Dukes
69. xutianyue0214
70. xuxiaolong1316
71. FunnyRedTee
72. audrinawhitehead35029124
73. Ivyaping55818
74. NacaratStore
75. Robert Tuttle
76. Elnitra woods66
77. jang4070
78. zhuhongna66058
79. zhangyufan623
80. zhaoshi1234
81. Erin Zebrowski
82. yuanwenhao12
83. wangyanhua888
84. xuxingying Store
85. zhanghui Store me0071
86. NeverDying

**Ebay Seller Names**
**Defendants Served via email September 3, 2021**

1. alamursa4
2. wnnurhalis-0
3. gerald_8956
4. caylendaug16
5. kristalrott_83
6. alejandrades_81

**Etsy Seller Names**
**Defendants Served via email August 30, 2021**

1. BrookerJmlPLo
2. BigtimeBoutique
3. WorldVibe
4. ChristianReichhard
5. CaroleNaegeleShop

**eCrater Seller Names**
**Defendants Served via email August 30, 2021**

1. orangemke1
2. ammetal

**Zazzle Seller Names**
**Defendants Served via email September 3, 2021**

1. carissachaykavwf81
2. EricCstore
3. cleoracomfortlzo32
4. dylyrevore750
5. FifthHarmonys
6. MADELENASANTIANO4341
7. SangNguyen_Ds
8. fishingOutdoors
9. leishathurman6070
10. fiallomaggi7
11. BiemsHomish566

/s/ Amanda Osorio, attorney
09/03/2021