**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CANVASFISH.COM, LLC, a Montana limited liability company,       *Plaintiff*, <br><br> v. <br><br> JOHN DOES (1-10), et al.,       *Defendants*. | Case No. 1:21-cv-03676-VMK |

**DINO21, LLC d/b/a TEESHIRT 21'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Dino21, LLC d/b/a Teeshirt21 ("Teeshirt21.com"), by and through its attorneys and for the reasons stated in its accompanying memorandum, respectfully requests that the Court enter an order extending the deadline for Teeshirt21.com to answer or otherwise submit its responsive pleading by 30 days, from September 20, 2021, to October 20, 2021. This is the first such extension requested by Teeshirt21.com. Plaintiff has not consented to the extension, although no reason was provided by Plaintiff's counsel. The reasons warranting the extension request are included in the memorandum accompanying this motion.

Respectfully submitted,

*[signature]*

*Local Counsel:*

James E. Griffith
Ziliak Law, LLC
141 W. Jackson Blvd. Suite 4048
Chicago, IL 60604
Tel: 312.423.7832
Email: jgriffith@ziliak.com


*Lead Counsel*:

Atul R. Singh (*pro hac vice* petition pending)
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
Tel: 212-370-1300
Fax: 212-370-7889
Email: asingh@egsllp.com

*Attorneys for Defendant*
Teeshirt21.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 17, 2021, he caused to be served this **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** on all counsel of record for this matter via e-mail and the CFTC e-filing system.

s/ _[signature]_