**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CANVASFISH.COM, LLC, <br> a Montana limited liability company, <br><br> *Plaintiff*, <br><br> v. <br><br> JOHN DOES (1-10), et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:21-cv-03676-VMK |

**DINO21, LLC d/b/a TEESHIRT 21'S MEMORANDUM IN SUPPORT OF MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Dino21, LLC d/b/a Teeshirt21 ("Teeshirt21.com"), by and through its attorneys, and in support of its Motion for Extension of Time to Answer or Otherwise Plead respectfully states as follows:

Dino21, LLC is a Delaware limited liability company which owns and operates the website "teeshirt21.com" and does business under the name Teeshirt 21. The members of Dino21, LLC are all citizens and residents of Vietnam. Teeshirt 21.com permits its users to upload designs for the purpose of selling t-shirts or other goods with the designs featured on them. Here, Plaintiff seems to allege that a user of Teeshirt21.com's site uploaded Plaintiff's designs in violation of the Teeshirt21.com user agreement, thereby causing Teeshirt21.com to allegedly infringe Plaintiff's copyrights and trademark.

On July 12, 2021, Plaintiff Canvasfish.com, LLC ("Plaintiff") filed a complaint and ex parte motion for a temporary restraining order with the Court. (Dkt. No. 1) The TRO was granted on August 10, 2021, and was converted to a preliminary injunction on September 9,

2021 (Dkt. No. 33). Pursuant to the injunctive relief obtained by Plaintiff, the "teeshirt21.com" domain name was seized and redirected to another page and Teeshirt21.com's Paypal and Stripe payment accounts, containing over $180,000 in total, were frozen. (See ECF 34)

As set forth in Teeshirt21.com's pending [motion], upon receiving notice of the lawsuit and TRO, Teeshirt21.com has been actively investigating the infringement allegations advanced by Plaintiff. Teeshirt21.com has also engaged both lead counsel and local counsel to defend against Plaintiff's claims. Finally, Teeshirt.com has moved this Court to modify its existing preliminary injunction as it applies to Teeshirt21.com since that Order has effectively shuttered Teeshirt21.com's entire business and frozen assets which are exponentially in excess of any recovery Plaintiff would obtain on its claims, given that no sales of any products containing Plaintiff designs by Teeshirt21.com ever took place. Because the members of Teeshirt21.com and its counsel are separated by a time difference of 11 and 12 hours respectively, the coordination of Teeshirt21.com's defense strategy also faces logistical challenges which warrant a modest extension of time to respond to the complaint.

Teeshirt21.com received notice of the Complaint in on August 30, 2021, when notice of the complaint and ex parte TRO was posted to usbeach.co. Pursuant to the notice provided, Teeshirt21.com's responsive pleading is due with the Court on September 20, 2021. Teeshirt21.com and its counsel are actively gathering facts concerning Plaintiff's lawsuit, including whether the facts support the exercise of personal jurisdiction by this Court over Teeshirt.com. Teeshirt21.com is also investigating whether, as a U.S. entity, the failure to take reasonable steps to effect personal service on Teeshirt21.com provides for a grounds for dismissal. In order to provide Teeshirt21.com and its counsel sufficient time to determine whether a motion under FRCP 12(b)(2) or 12(b)(5) would be appropriate (as it currently appears) and/or whether a

different responsive pleading would be appropriate, Teeshirt.com respectfully requests a 30 day extension of time, to October 20, 2021, in order to answer or otherwise plead.

Teeshirt21.com conferred by telephone conference with Plaintiff's counsel concerning the requested extension, but Plaintiff's counsel refused to consent to such extension. No reason was provided by Plaintiff's counsel.

This is the first request by Teeshirt21.com for an extension of time to submit its responsive pleading in the instant litigation. The extension of the time to answer or otherwise plead will not affect the trial date or any other current deadline in this litigation of which Teeshirt21.com is aware.

WHEREFORE, Teeshirt21.com respectfully requests that this Court grant its motion and enter an order setting the deadline for Teeshirt21.com to answer or otherwise submit its responsive pleading to October 20, 2021.

Respectfully submitted,

*/s/ J. E. Griffith*
_____

*Local Counsel:*

James E. Griffith
Ziliak Law, LLC
141 W. Jackson Blvd. Suite 4048
Chicago, IL 60604
Tel: 312.423.7832
Email: jgriffith@ziliak.com

*Lead Counsel*:

Atul R. Singh (*pro hac vice* petition pending)
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
Tel: 212-370-1300
Fax: 212-370-7889
Email: asingh@egsllp.com

*Attorneys for Defendant*
Teeshirt21.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2021, he caused to be served this **MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** on all counsel of record for this matter via e-mail and the CFTC e-filing system.

s/ *[signature]*