**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Canvasfish.com, LLC

                              Plaintiff,

v.                                                Case No.: 1:21−cv−03676
                                                         Honorable Virginia M. Kendall

JOHN DOES (1−10), et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 24, 2021:

      MINUTE entry (Corrected) before the Honorable Virginia M. Kendall. Teleconference Motion hearing held on 9/24/2021. Oral argument heard regarding Defendants Dino21, LLC and OpenCommerce Group, Inc.'s Emergency Motion to Dissolve Ex Parte Temporary Restraining Order [58]. Defendants' Motion [58] is granted and Temporary Restraining Order is dissolved as to objecting Defendants Dino21, LLC, OpenCommerce Group, Inc. and teesalley.com. Restraints placed on these Defendants in the now−dissolved Temporary Restraining Order [22] are hereby lifted. Defendants Dino21, LLC, OpenCommerce Group, Inc. and teesalley.com may continue to engage in conduct from which they were temporarily enjoined and restrained including: use of domain names and domain name registrars, use of third party services (online marketplace platforms, privacy service providers and social media companies), the transfer or disposition of financial assets, advertisement of goods or any other conduct previously enjoined by the TRO. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.