UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

CANVASFISH.COM, LLC,
a Montana Limited Liability Company,

    Plaintiff,

        v.

JOHN DOES 1-10 *et al*,

    Defendants.

Case No.: 1:21-CV-03676
Honorable Virginia M. Kendall

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

    Canvasfish.com, LLC ("Plaintiff" or "Canvasfish"), by and through its attorneys Revision Legal, PLLC, moves this Honorable Court to enter Default and Default Judgment against the Defaulting Defendants including monetary damages and permanent injunctive relief. Plaintiff relies on the accompanying memorandum in support of its Motion for Default and Default Judgment. A proposed order is attached as **Exhibit A** to this motion.

Respectfully submitted,

Date: September 25, 2021

/s/ Amanda Osorio
Revision Legal, PLLC
444 Cass St., Suite D
Traverse City, MI 49684
Phone: (231) 714-0100
Fax: (231) 714-0200
amanda@revisionlegal.com

*Attorneys for Plaintiff Canvasfish.com, LLC*

## Certificate of Service

I hereby certify that on the date below I electronically filed the foregoing Motion for Default and Default Judgment with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. I will electronically publish the documents on a website to which the Domain Names have been transferred to Plaintiff's control now redirects and to which the non-Domain Defendants have previously been directed and served.

                                        Respectfully submitted,

Date: September 25, 2021              /s/ Amanda Osorio
                                        Revision Legal, PLLC
                                          444 Cass St., Suite D
                                          Traverse City, MI 49684
                                          Phone: (231) 714-0100
                                          Fax: (231) 714-0200
                                          amanda@revisionlegal.com

                                        *Attorneys for Plaintiff Canvasfish.com, LLC*