**EXHIBIT 1**

| ALIAS | DATE SERVED | COPYRIGHT ($150,000 per infringement) | TM _ Registered ($500,000 per infringement) | TOTAL |
|---|---|---|---|---|
| beantee.com | 8/30/21 | 1 | 1 | $650,000.00 |
| fionacuz.com | 8/30/21 | 4 | 1 | $1,100,000.00 |
| magunusi.com | 8/30/21 | 3 | 1 | $950,000.00 |
| vensestore.com | 8/30/21 | 3 | 1 | $950,000.00 |
| vislistore.com | 8/30/21 | 3 | 1 | $950,000.00 |
| DeepCruan.com | 8/30/21 | 1 | 1 | $650,000.00 |
| summetee.com | 8/30/21 | 1 | 0 | $150,000.00 |
| styletshirts.store | 8/30/21 | 1 | 1 | $650,000.00 |
| beautifulday.store | 8/30/21 | 1 | 1 | $650,000.00 |
| tshirtcheapest.store | 8/30/21 | 1 | 1 | $650,000.00 |
| kevinisami.com | 8/30/21 | 1 | 1 | $650,000.00 |
| customfamilytee.com | 8/30/21 | 1 | | $150,000.00 |
| merchcustom.com | 8/30/21 | | 1 | $500,000.00 |
| bazote.com | 8/30/21 | 1 | 1 | $650,000.00 |
| foxsstar.com | 8/30/21 | 2 | 1 | $800,000.00 |
| allprintaz.com | 8/30/21 | 1 | 1 | $650,000.00 |
| Soobek.com | 8/30/21 | 4 | 1 | $1,100,000.00 |
| meckily.com | 8/30/21 | 4 | 1 | $1,100,000.00 |
| gooheart.com | 8/30/21 | 1 | 1 | $650,000.00 |
| woonishop.com | 8/30/21 | 1 | | $150,000.00 |
| kemtshirt.com | 8/30/21 | 5 | 1 | $1,250,000.00 |
| Gopostore.com | 8/30/21 | 1 | | $150,000.00 |
| FamilyLoves.com | 8/30/21 | 3 | 1 | $950,000.00 |
| heroidesign.com | 8/30/21 | 2 | | $300,000.00 |
| usbeach.co | 8/30/21 | 3 | | $450,000.00 |
| austincust.com | 8/30/21 | 1 | | $150,000.00 |
| rageontee.com | 8/30/21 | 1 | | $150,000.00 |
| tcraftshop.com | 8/30/21 | 9 | 1 | $1,850,000.00 |
| onesoulburn.com | 8/30/21 | 5 | 1 | $1,250,000.00 |

| | | | | |
|---|---|---|---|---|
| buludeep.com | 8/30/21 | 20 | 1 | $3,500,000.00 |
| trendingtshirt.us | 8/30/21 | 16 | 1 | $2,900,000.00 |
| shirt3d.us | 8/30/21 | 17 | 1 | $3,050,000.00 |
| clotheschat.com | 8/30/21 | 2 | 1 | $800,000.00 |
| gearupngetout.com | 8/30/21 | 3 | | $450,000.00 |
| coletas.shop | 8/30/21 | 5 | 1 | $1,250,000.00 |
| Kitaram.com | 8/30/21 | 1 | 1 | $650,000.00 |
| xpanshop.com | 8/30/21 | 2 | 1 | $800,000.00 |
| hemotee.com | 8/30/21 | 1 | 1 | $650,000.00 |
| palochi.com | 8/30/21 | 2 | 1 | $800,000.00 |
| babomanstore.com | 8/30/21 | 2 | 1 | $800,000.00 |
| caneticstore.com | 8/30/21 | 1 | 1 | $650,000.00 |
| neswstore.com | 8/30/21 | 1 | 1 | $650,000.00 |
| sosoulburn.com | 8/30/21 | 8 | 1 | $1,700,000.00 |
| ekoptestore.com | 8/30/21 | 3 | 1 | $950,000.00 |
| koreasshop.com | 8/30/21 | 3 | 1 | $950,000.00 |
| hadkstore.com | 8/30/21 | 2 | 1 | $800,000.00 |
| Wanbina.com | 8/30/21 | 1 | 1 | $650,000.00 |
| madeforfans.com | 8/30/21 | 4 | 1 | $1,100,000.00 |
| BrookerJmlPLo | 8/30/21 | 1 | 1 | $650,000.00 |
| BigtimeBoutique | 8/30/21 | 1 | 1 | $650,000.00 |
| WorldVibe | 8/30/21 | 2 | 1 | $800,000.00 |
| ChristianReichhard | 8/30/21 | 1 | 1 | $650,000.00 |
| CaroleNaegeleShop | 8/30/21 | 1 | 1 | $650,000.00 |
| orangemke1 | 8/30/21 | 1 | 1 | $650,000.00 |
| ammetal | 8/30/21 | 2 | 1 | $800,000.00 |
| alamursa4 | 9/3/21 | 1 | 1 | $650,000.00 |
| wnnurhalis-0 | 9/3/21 | 1 | 1 | $650,000.00 |
| gerald_8956 | 9/3/21 | 1 | 1 | $650,000.00 |
| caylendaug16 | 9/3/21 | 1 | 1 | $650,000.00 |
| kristalrott_83 | 9/3/21 | 1 | 1 | $650,000.00 |
| alejandrades_81 | 9/3/21 | 1 | 1 | $650,000.00 |
| BrookerJmlPLo | 9/3/21 | 1 | 1 | $650,000.00 |
| BigtimeBoutique | 9/3/21 | 1 | 1 | $650,000.00 |
| WorldVibe | 9/3/21 | 2 | 1 | $800,000.00 |

| | | | | |
|---|---|---|---|---|
| ChristianReichhard | 9/3/21 | 1 | 1 | $650,000.00 |
| CaroleNaegeleShop | 9/3/21 | 1 | 1 | $650,000.00 |
| qinjiangping6890 | 9/3/21 | 2 | 1 | $800,000.00 |
| chenmengna71505 | 9/3/21 | 1 | 1 | $650,000.00 |
| Inge V. Kendall | 9/3/21 | 1 | 1 | $650,000.00 |
| shiyani0016 | 9/3/21 | 1 | 1 | $650,000.00 |
| wangjianjun0801 | 9/3/21 | 3 | 1 | $950,000.00 |
| wangshuang794684 | 9/3/21 | 1 | 1 | $650,000.00 |
| wangzhonghui5795 | 9/3/21 | 1 | 1 | $650,000.00 |
| mike hrestak45 | 9/3/21 | 1 | 1 | $650,000.00 |
| phubinhto97350 | 9/3/21 | 5 | 1 | $1,250,000.00 |
| tianhan 258 | 9/3/21 | 3 | 1 | $950,000.00 |
| RICHIE HAUGHT34 | 9/3/21 | 2 | 1 | $800,000.00 |
| Ernest Hicks | 9/3/21 | 1 | 1 | $650,000.00 |
| zhangna06 | 9/3/21 | 1 | 1 | $650,000.00 |
| Jessica Rolfe | 9/3/21 | 1 | 1 | $650,000.00 |
| eric richards34 | 9/3/21 | 2 | 1 | $800,000.00 |
| Brett Waterbeck | 9/3/21 | 1 | 1 | $650,000.00 |
| zhanghongtao6039 | 9/3/21 | 1 | 1 | $650,000.00 |
| vylandinh17519 | 9/3/21 | 15 | 1 | $2,750,000.00 |
| Town Vape34 | 9/3/21 | 1 | 1 | $650,000.00 |
| WAYNE778 | 9/3/21 | 1 | 1 | $650,000.00 |
| chenling100463 | 9/3/21 | 1 | 1 | $650,000.00 |
| James Miller123 | 9/3/21 | 1 | 1 | $650,000.00 |
| ductrungvuong62177 | 9/3/21 | 3 | 1 | $950,000.00 |
| rtonolive | 9/3/21 | 1 | 1 | $650,000.00 |
| xiamingzhu1042 | 9/3/21 | 1 | 1 | $650,000.00 |
| daiyingxi514958 | 9/3/21 | 1 | 1 | $650,000.00 |
| GARY KAISINGER | 9/3/21 | 1 | 1 | $650,000.00 |
| JOEL145 | 9/3/21 | 1 | 1 | $650,000.00 |
| JOHN332 | 9/3/21 | 1 | 1 | $650,000.00 |
| Anna Ferguson | 9/3/21 | 1 | 1 | $650,000.00 |
| MICHAEL665 | 9/3/21 | 1 | 1 | $650,000.00 |
| Emily B Ellis | 9/3/21 | 1 | 1 | $650,000.00 |
| hushuqiang Store | 9/3/21 | 1 | 1 | $650,000.00 |

| | | | | |
|---|---|---|---|---|
| ehui00586 | 9/3/21 | 1 | 1 | $650,000.00 |
| quochuymai76718 | 9/3/21 | 3 | 1 | $950,000.00 |
| Dianahsdbc166 | 9/3/21 | 1 | 1 | $650,000.00 |
| Yimeiguan258 | 9/3/21 | 1 | 1 | $650,000.00 |
| FADO SAM CARGO | 9/3/21 | 1 | 1 | $650,000.00 |
| Floyd Morales | 9/3/21 | 1 | 1 | $650,000.00 |
| huyongkang50372 | 9/3/21 | 1 | 1 | $650,000.00 |
| Rubasses | 9/3/21 | 1 | 1 | $650,000.00 |
| Jerry M Simmons | 9/3/21 | 1 | 1 | $650,000.00 |
| KEITH002 | 9/3/21 | 1 | 1 | $650,000.00 |
| ANDREW333 | 9/3/21 | 1 | 1 | $650,000.00 |
| DANIEL123 | 9/3/21 | 1 | 1 | $650,000.00 |
| alleycassidy42839440 | 9/3/21 | 1 | 1 | $650,000.00 |
| godtnr00 | 9/3/21 | 1 | 1 | $650,000.00 |
| wujunzhe15815824 | 9/3/21 | 9 | 1 | $1,850,000.00 |
| Lujingt | 9/3/21 | 1 | 1 | $650,000.00 |
| wyz0625 | 9/3/21 | 2 | 1 | $800,000.00 |
| Dongd_01 | 9/3/21 | 1 | 1 | $650,000.00 |
| wuxiaofei2517 | 9/3/21 | 1 | 1 | $650,000.00 |
| Cheers1 | 9/3/21 | 1 | 1 | $650,000.00 |
| shatuqing423 | 9/3/21 | 1 | 1 | $650,000.00 |
| Dominick Peterson | 9/3/21 | 1 | 1 | $650,000.00 |
| lina2201 | 9/3/21 | 1 | 1 | $650,000.00 |
| chenping Store me | 9/3/21 | 4 | 1 | $1,100,000.00 |
| SunStyle Shop | 9/3/21 | 16 | 1 | $2,900,000.00 |
| Melinda Kelsay | 9/3/21 | 1 | 1 | $650,000.00 |
| Linglini | 9/3/21 | 14 | 1 | $2,600,000.00 |
| kongjun Store | 9/3/21 | 1 | 1 | $650,000.00 |
| guoxiaoao8515 | 9/3/21 | 1 | 1 | $650,000.00 |
| dengqingjun9856 | 9/3/21 | 2 | 1 | $800,000.00 |
| wangjun Store me | 9/3/21 | 1 | 1 | $650,000.00 |
| Rank Electronics | 9/3/21 | 1 | 1 | $650,000.00 |
| Lanika Vann | 9/3/21 | 1 | 1 | $650,000.00 |
| ommaking | 9/3/21 | 2 | 1 | $800,000.00 |
| Matthew Dukes | 9/3/21 | 1 | 1 | $650,000.00 |

| | | | | |
|---|---|---|---|---|
| xutianyue0214 | 9/3/21 | 1 | 1 | $650,000.00 |
| xuxiaolong1316 | 9/3/21 | 1 | 1 | $650,000.00 |
| FunnyRedTee | 9/3/21 | 1 | 1 | $650,000.00 |
| audrinawhitehead35029124 | 9/3/21 | 1 | 1 | $650,000.00 |
| Ivyaping55818 | 9/3/21 | 1 | 1 | $650,000.00 |
| NacaratStore | 9/3/21 | 1 | 1 | $650,000.00 |
| Robert Tuttle | 9/3/21 | 1 | 1 | $650,000.00 |
| Elnitra woods66 | 9/3/21 | 2 | 1 | $800,000.00 |
| jang4070 | 9/3/21 | 1 | 1 | $650,000.00 |
| zhuhongna66058 | 9/3/21 | 1 | 1 | $650,000.00 |
| zhangyufan623 | 9/3/21 | 1 | 1 | $650,000.00 |
| zhaoshi1234 | 9/3/21 | 1 | 1 | $650,000.00 |
| Erin Zebrowski | 9/3/21 | 2 | 1 | $800,000.00 |
| yuanwenhao12 | 9/3/21 | 1 | 1 | $650,000.00 |
| wangyanhua888 | 9/3/21 | 1 | 1 | $650,000.00 |
| xuxingying Store | 9/3/21 | 1 | 1 | $650,000.00 |
| zhanghui Store me0071 | 9/3/21 | 2 | 1 | $800,000.00 |
| NeverDying | 9/3/21 | 1 | 1 | $650,000.00 |
| carissachaykavwf81 | 9/3/21 | 7 | 1 | $1,550,000.00 |
| EricCstore | 9/3/21 | 1 | 1 | $650,000.00 |
| cleoracomfortlzo32 | 9/3/21 | 9 | 1 | $1,850,000.00 |
| dylyrevore750 | 9/3/21 | 1 | 1 | $650,000.00 |
| FifthHarmonys | 9/3/21 | 1 | 1 | $650,000.00 |
| MADELENASANTIANO4341 | 9/3/21 | 1 | 1 | $650,000.00 |
| SangNguyen_Ds | 9/3/21 | 3 | 1 | $950,000.00 |
| fishingOutdoors | 9/3/21 | 3 | 1 | $950,000.00 |
| leishathurman6070 | 9/3/21 | 2 | 1 | $800,000.00 |
| BiemsHomish566 | 9/3/21 | 2 | 1 | $800,000.00 |