# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

CANVASFISH.COM, LLC,
a Montana Limited Liability Company,

      Plaintiff,

      v.

JOHN DOES 1-10, *et al*,

      Defendants.

Case No.: 1:21-CV-03676
Honorable Virginia M. Kendall

## DECLARATION OF AMANDA OSORIO

I, Amanda Osorio, being duly sworn, deposes, and states as follows:

1. I am an attorney with Revision Legal, PLLC and familiar with the facts and allegations within Plaintiff's Complaint.

2. Plaintiff issued discovery requests on several service providers in relation to the original group of Defendants identified in Plaintiff's Complaint.

3. On August 30, 2021 and September 03, 2021, Plaintiff served the Defaulting Defendants with a copy of the Summons, Complaint, and all other papers filed in this Court consistent with this Court's Order approving service via email and internet publication. Specifically, I caused an email to be sent to email address associated with the Defaulting Defendants and published all relevant documents to a website under Plaintiff's control.

4. The information relating to the infringement by each Defaulting Defendant identified in **Exhibit 1** is true and correct.

5. The Defaulting Defendants have failed to plead or otherwise defend.

6. Upon information and belief, the Defaulting Defendants are not active-duty members of the U.S. armed forced.

7. As a result, entry of Default against the Defaulting Defendants is proper pursuant to Fed. R. Civ. P. 55(a).

I declare under penalty of perjury under the laws of the State of Michigan that the foregoing is true and correct and that this declaration is made on the date below.

Date: 09/24/2021

_____

Amanda Osorio